FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAR – 4 2024

ARTHUR JOHNSTON
BY_____ DEPUTY

### COMPLAINT

Bishop  14210-003
(Last Name)        (Identification Number)
Montez   Lisha
(First Name)        (Middle Name)
FCI Sheridan - P.O. Box 5000
(Institution)
Sheridan OR 97378
(Address)
(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

V.        CIVIL ACTION NUMBER: 3:24cv126-TSL-ASH
(to be completed by the Court)

Jimmy Bennett-Scott Beard, Richard Kennedy, Ms.Ellis, Counselor Chiles &
Ricky Rhodes
Yazoo City Fed Corrections/~~Low~~ ~~Psm~~,
Federal Bureau of Prisons
United States of America
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
     Yes (✓)    No ( )

B.   Are you presently incarcerated?
     Yes (✓)    No ( )

C.   At the time of the incident complained of in this complaint, were you incarcerated because
     you had been convicted of a crime?
     Yes (✓)    No ( )

D.   Are you presently incarcerated for a parole or probation violation?
     Yes ( )    No (✓)

E.   At the time of the incident complained of in this complaint, were you an inmate of the
     Mississippi Department of Corrections (MDOC)?
     Yes ( )    No (✓)

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( )    No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: *Montez L Bishop* Prisoner Number: *14210-003*

Address: *P.O. Box 5000. FCF Unit 4A*

*Sheridan OR 97328*

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: *Jimmy Bennett* is employed as *Unknown*

*Unknown* at *Unknown*

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: *Montez L Bishop*   ADDRESS: *P.O. Box 5000 FCF Unit 4A*

*Sheridan OR 97328*

DEFENDANT(S):

NAME: *Jimmy Bennett*   ADDRESS: *Unknown*

*Yazoo City Low Currened [FCI]*   *Yazoo City MS Zip Code Unknown*

*Federal Bureau of Prisons*

*United States of America*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.    Have you ever filed any lawsuits in a court of the United States?    Yes (   ) No ( ✓ )

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1.    Parties to the action: _____N/A_____

_____

2.    Court (if federal court, name the district; if state court, name the county): _N/A_

_____

3.    Docket Number: _N/A_____

4.    Name of judge to whom case was assigned: _____N/A_____

5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____N/A_____

_____

CASE NUMBER 2.
1.    Parties to the action: _____N/A_____

_____N/A_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____N/A_____

3.    Docket Number: _____N/A_____

4.    Name of judge to whom case was assigned: _____N/A_____

5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

_____N/A_____

## STATEMENT OF CLAIM

III.   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I was sexual Assaulted/Abused by Jimmy Bennett, raped by Ms Ellis, Staff put spit, blood, urine, & feces in my foods, commissarys & medications I was electricated (sexual Assaulted) by A female I dont know her name and several other female officers rape me, sexual harrassed use sexual misconduct, sexual Abusive behavior towards me during July 2021 untid the Summer of 2022. Dr Border and Dr Kline or involved in reporting Jimmy Bennett to PREA.

Scott Beard, Ms Ellis, Jimmy Bennett, & Richard kenned spitted in My food & commissary daily.

## RELIEF

IV.    State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Civil and Punitive Damages in the amount of $5,000,000 Civil and Punitive damages Amount to be determined by the Court or at a further Action

Signed this 22nd day of February, 2024.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Monter L. Bishop
Signature of plaintiff